IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION

CHARLOTTE RHINE and
G. GARY RHINE,

 Plaintiffs,

v.               Case No. 2022-CA-792

HOME DEPOT U.S.A, INC., and
R & B SALES AND MARKETING, INC.,

 Defendants.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, CHARLOTTE RHINE (hereinafter "CHARLOTTE") and G. GARY RHINE (hereinafter "GARY"), (hereinafter, collectively, "PLAINTIFFS"), by and through the undersigned counsel, hereby sue the Defendants, HOME DEPOT U.S.A, INC. (hereinafter "HOME DEPOT") and R & B SALES AND MARKETING, INC. (hereinafter "R & B SALES AND MARKETING"), (hereinafter, collectively, "DEFENDANTS"), and in support thereof allege:

 1. This an action for damages that exceed thirty thousand dollars ($30,000.00).

 2. At all material times Plaintiff CHARLOTTE is an adult individual who resides in Naples, Collier County, Florida, and is otherwise *sui juris*.

 3. That at all times material hereto the Plaintiff G. GARY RHINE was a resident of Collier County, Florida, and is otherwise *sui juris*.

 4. Defendant HOME DEPOT is now and has been a business operating in Collier County, Florida. Upon information and belief, Defendant HOME DEPOT is a Delaware corporation with its principal place of business in Atlanta, Georgia.

5. Defendant R & B SALES AND MARKETING is now and has been a business operating in Collier County, Florida. Upon information and belief, Defendant R & B SALES AND MARKETING is a Delaware corporation with its principal place of business in Anderson, South Carolina.

6. All events giving rise to this cause of action occurred within Collier County, Florida. Accordingly, Jurisdiction and Venue are appropriate in this Court.

7. At all times material hereto, Defendant HOME DEPOT operated a store located at located at 2251 Pine Ridge Road, Naples, in Collier County, Florida.

8. At all times material hereto, products manufactured by Defendant R & B SALES AND MARKETING were sold at the HOME DEPOT store located at located at 2251 Pine Ridge Road, Naples, in Collier County, Florida.

9. At all times material hereto, Plaintiff CHARLOTTE was exercising due care and safety as a business invitee walking in the HOME DEPOT store located at located at 2251 Pine Ridge Road, Naples, in Collier County, Florida.

10. On or about September 3, 2020, at approximately 3:30 p.m., Plaintiff CHARLOTTE was walking through the HOME DEPOT store following the direction of HOME DEPOT employees when she came in contact with a sharp object, which upon information and belief was inconspicuously protruding from a display designed and installed by the Defendant R & B SALES AND MARKETING for the merchandising and sale of its Milwaukee Tool products, that sliced her right leg causing her severe pain and causing her to fall and sustain additional injuries.

11. As a result of such accident, Plaintiff CHARLOTTE suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the

enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

12. As a result of such accident, Plaintiff GARY, as husband of Plaintiff CHARLOTTE, has suffered consequential damages and has been deprived of his wife's full society, care, comfort, companionship, and has otherwise suffered a loss of consortium. The losses are either permanent or continuing and GARY will suffer the losses in the future.

## COUNT ONE
**(Negligence as to and against HOME DEPOT)**

13. Plaintiffs reallege the allegations contained in Paragraphs 1 through 12 as if fully stated herein.

14. At all relevant times, Defendant HOME DEPOT owed members of the general public, including in particular Plaintiff CHARLOTTE, walking in its store a duty of care to them as business invitees to use reasonable care in maintaining the premises in a reasonably safe condition.

15. Defendant HOME DEPOT breached its duty to Plaintiff CHARLOTTE in allowing an unsafe and hazardous condition to exist in its store.

16. At all relevant times, Defendant HOME DEPOT owed members of the general public, including in particular Plaintiff CHARLOTTE, walking in its store a duty of care to them as business invitees to warn of concealed perils which were or should be known to Defendant HOME DEPOT and, in particular, which were unknown to the Plaintiff CHARLOTTE.

17. Defendant HOME DEPOT negligently and carelessly failed to warn Plaintiff CHARLOTTE of such unsafe and hazardous condition which was unknown to the Plaintiff CHARLOTTE.

18. Such unsafe and hazardous condition caused Plaintiff CHARLOTTE while she was walking in Defendant HOME DEPOT's store to suffer bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT TWO
### (Negligence as to and against R & B SALES AND MARKETING, INC.)

19. Plaintiffs reallege the allegations contained in Paragraphs 1 through 18 as if fully stated herein.

20. At all relevant times, upon information and belief, the sharp object which injured Plaintiff CHARLOTTE was in a display of some sort erected, maintained and/or stocked by Defendant R & B SALES AND MARKETING for the merchandising and sale of its Milwaukee Tool products in Defendant HOME DEPOT's store.

21. At all relevant times, Defendant R & B SALES AND MARKETING owed members of the general public, including in particular Plaintiff CHARLOTTE, walking in HOME DEPOT's store a duty of reasonable care in erecting, maintaining and/or stocking a display of some sort for the merchandising and sale of its products in Defendant HOME DEPOT's store in a reasonably safe condition.

22. Defendant R & B SALES AND MARKETING breached its duty to Plaintiff CHARLOTTE in allowing an unsafe and hazardous condition to exist in its display of some sort for the merchandising and sale of its products in HOME DEPOT's store.

23. Such unsafe and hazardous condition caused Plaintiff CHARLOTTE while she was walking past Defendant R & B SALES AND MARKETING'S display of some sort in HOME

DEPOT's store to suffer bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT THREE
### (Loss of Consortium)

24. Plaintiffs reallege the allegations contained in paragraphs 1 through 23 as if fully stated herein.

25. As a direct and proximate result of the carelessness and negligence of the DEFENDANTS, as set forth above, Plaintiff GARY, as husband of Plaintiff CHARLOTTE, has suffered consequential damages and has been deprived of his wife's full society, care, comfort, companionship, and has otherwise suffered a loss of consortium. The losses are either permanent or continuing and GARY will suffer the losses in the future.

**WHEREFORE**, Plaintiffs CHARLOTTE RHINE and G. GARY RHINE demand judgment against Defendants HOME DEPOT U.S.A, INC. and R & B SALES AND MARKETING, INC. jointly or severally, granting the following relief:

   a. All special, compensatory, economic and non-economic damages to which CHARLOTTE RHINE is legally entitled for her personal injuries;

   b. All special, compensatory, economic and non-economic damages to which G. GARY RHINE is legally entitled for his loss of consortium;

   c. Pre-judgment interest;

   d. Payment of costs as allowed per applicable law; and

   e. Such other relief this Honorable Court deems just and appropriate.

**Plaintiffs demand a jury trial as to all issues so triable.**

Respectfully submitted, this 3rd day of June 2022.

                                MARC L. SHAPIRO, P.A.

By:   /s/ C. Randall Austin
         **C. Randall Austin, Esq.**
         Florida Bar No. 802670
         720 Goodlette-Frank Road North, Suite 304
         Naples, FL  34102-5656
         Telephone: (239) 649-8050
         Facsimile: (239) 649-8057
         Service Email: service@attorneyshapiro.com
         Communication Email: randall@attorneyshapiro.com
         *Attorney for Plaintiffs*