UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLOTTE RHINE AND G. GARY RHINE,

    *Plaintiff*s,

v.                                                        No. 2:22-cv-393-JES-MRM

HOME DEPOT U.S.A., INC. AND R&B SALES AND MARKETING, INC.,

    *Defendant*s.
_____/

**MEDIATORS REPORT**

    The undersigned Mediator hereby notifies the Court of the disposition of this matter following mediation:

**Disposition:**

    __X__    The matter was resolved at Mediation on August 1, 2023.

    _____    The conflict has been partially resolved; some issues require court resolution

    _____    The parties have reached no agreement

    _____    The mediation has been continued until _____ at _____ a.m./p.m. for further mediation

    _____    Recessed until further action by parties

    */s/ Mark B. Yeslow*
    MARK B. YESLOW, Mediator
    1617 Hendry Street, Ste. 205
    Fort Myers, FL 33901
    (239) 337-4343

Copies to:

Counsel of Record